FILED
2010 Jul-29 AM 09:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONFEDERATE MOTORS, INC., } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 10-AR-0919-S |
| } | |
| FRANCOIS-XAVIER TERNY, et } | |
| al., } | |
| } | |
| Defendants. } | |

## ORDER

Pursuant to the motion to voluntarily dismiss defendants, Oldenway I and Oldenway II, filed by plaintiff, Confederate Motors, Inc., on July 28, 2010, the above-entitled action is hereby **DISMISSED WITHOUT PREJUDICE** as to said defendants. The case shall proceed as to the remaining defendants.

The costs are taxed as paid as between the parties affected.

DONE this 29th day of July, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE